```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  HEIKO P. COPPOLA
    TODD D. LERAS
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California  95814
    Telephone: (916) 554-2700
 5
```



FILED
MAY - 8 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LONG HOANG NGUYEN,<br><br>　　　　Defendant. | NO. 2:09-MJ-0147 DAD<br><br>APPLICATION AND ORDER<br>FOR UNSEALING COMPLAINT |

On May 7, 2009, the complaint was filed in the above-referenced case. Since the defendant has now been arrested, it is no longer necessary for the complaint to be sealed. The government respectfully requests that the complaint be unsealed.

DATED: May 8, 2009

　　　　　　　　　　　　　　　LAWRENCE G. BROWN
　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　By: /s/ Todd P. Leras
　　　　　　　　　　　　　　　　　TODD D. LERAS
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

ORDER

SO ORDERED:

DATED: May 8, 2009

　　　　　　　　　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　HON. DALE A. DROZD
　　　　　　　　　　　　　　　U.S. Magistrate Judge

1