LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No.   Cr. S-09-222 GEB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER MODIFYING DEFENDANT'S CONDITIONS OF RELEASE |
| v. | |
| LONG NGUYEN | |
| Defendant, | |

Defendant, LONG NGUYEN, through his attorney, Christopher H. Wing, and the government through their representative, AUSA Heiko Coppola, stipulate and agree that the Pre-Trial release conditions ordered by the court previously may be amended as follows:

1.    That Defendant, LONG NGUYEN's curfew will be modified Monday through Saturday to restrict him to his residence from 8:00 PM to 6:30 AM, allowing him more time at his employment.

//
//
//
//

///

1

2. There will be no change to his Sunday curfew time.

Ms. Baker of Pre-Trial Services has been notified and is in agreement with this modification.

Respectfully submitted.

Dated July 2, 2009

                                                _____/S/_____
                                                CHRISTOPHER H. WING
                                                Attorney for Defendant

Dated July 2, 2009

                                                LAWRENCE G. BROWN
                                                Acting U.S. Attorney

                                                by_____/S/_____
                                                HEIKO P. COPPOLA
                                                Assistant U.S. Attorney

## [PROPOSED] ORDER

Good cause appearing therefore, and pursuant to the stipulation of the parties as noted above,

**IT IS SO ORDERED**

Dated:  July 6, 2009                        _____
                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF
CHRISTOPHER H. WING
SACRAMENTO, CA.

/ / /