FILED
OCT 14 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

LAW OFFICES OF
WING & PARISI
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:  Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff,

v.

LONG NGUYEN

Defendant,

No.   Cr. S-09-222 GEB

STIPULATION AND ORDER MODIFYING DEFENDANT'S CONDITIONS OF RELEASE

Judge: Hon. Gregory G. Hollows

Defendant, LONG NGUYEN, through his attorney, Christopher H. Wing, and the government through their representative, AUSA Todd Leras, stipulate and agree that due to the Defendant's business H.D. Balloons and Party Supply, and his conditions of release imposed by Magistrate Judge Hollows on May 20, 2009 and amended thereafter, may be further modified to release Defendant from the requirement that he be supervised by the Pretrial Service Agency.

//
//
//
//
//
//
///

1

The parties enter this stipulation at the recommendation of Pretrial Services Officer Beth Baker, who has supervised Defendant since his release on May 21, 2009.

Respectfully submitted.

Dated October 13, 2010

                                                /S/
                               CHRISTOPHER H. WING
                               Attorney for Defendant

Dated October 13, 2010

                               BENJAMIN B. WAGNER
                               United States Attorney

                               by      /S/
                               TODD LERAS
                               Assistant U.S. Attorney

## [PROPOSED] ORDER

Good cause appearing therefore, and pursuant to the stipulation of the parties as noted above,

**IT IS SO ORDERED**

Dated: Oct. 14, 2010

                               GREGORY G. HOLLOWS
                               U.S. Magistrate Judge

LAW OFFICES OF
WING & PARISI
SACRAMENTO, CA.

/ / /