LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. Cr.S-09-222 GEB |
| Plaintiff, | STIPULATION AND PROPOSED ORDER |
| v. | |
| LONG NGUYEN | |
| Defendant, | |

The parties, Plaintiff represented by AUSA Todd Leras and Defendant NGUYEN represented by Christopher H. Wing, agree and stipulate as follows:

That Defendant NGUYEN was released on a hybrid bond of $75,000 on May 27, 2009. The bail was comprised of real property from Cuong Anyh Truong which was valued with an equity of $30,000.00, and the remaining $45,000.00 in cash from the following people in the following amounts: Thao Tran, $16,000.00, Dung Nguyen, $9,000.00, Phong Bui, $20,000.00.

That two of the sureties, Phong Bui and Thao Tran desire to withdraw their funds to the extent that real property can be substituted for those funds.

That Defendant NGUYEN has proffered a new piece of real property and established a greater equity in the property previously pledged by Cuong Anyh Truong, as follows:

///

1

PDF created with pdfFactory trial version www.pdffactory.com

Phong Bui's property located at 6011 Jacinto Avenue, Sacramento has an equity of $27,520.00;

Cuong Truong's property has increased in value and now has an equity of $37,300.00.

That these properties establish an equity of $64,820.00, which, along with the $9,000.00 of funds already proffered by Dung A. Nguyen on May 22, 2009, and $1,180.00 of the $16,000.00 deposited by Thao Tran on May 22, 2009, provide a combination of equity and cash sufficient for the bond requirement of $75,000.00.

That having been provided sufficient security for Defendant LONG NGUYEN's bail, the government and defense stipulate that upon the filing of the proffered documents, $14,820.00 of the $16,000.00 cash deposited by Thao Tran on May 22, 2009 shall be returned to him forthwith; that the cash deposited by Phong M. Bui in the amount of $20,000.00, on May 21, 2009 shall be returned to him forthwith.

Further, the $9,000.00 deposited by Dung A. Nguyen on May 22, 2009, as well as $1,180.00 of the funds deposited by Thao Tran noted above, shall remain held as security with the court. Finally, both the Deed of Trust and Appearance Bond from Cuong Anh Truong for $30,000.00 posted on May 21, 2009 shall be substituted by the same property with an equity of $37,300.00 which has been secured by a new Deed of Trust and Appearance Bond, to which will be added the additional property posted by Phong Hai Bui with an equity value of $27,520.00. Thus, the total security of $75,000.00 is satisfied.

So stipulated:

Dated: February 25, 2011            Benjamin B. Wagner
                                    United States Attorney
                                    By: /s/ Todd Leras
                                    Todd Leras
                                    Assistant U.S. Attorney


Dated: February 25, 2011            /s/Christopher H. Wing
                                    Attorney for Long Nguyen

/ / /

**ORDER**

This matter having come before me by a stipulation of the parties, and good cause having been established thereby;

IT IS ORDERED THAT:

Having been provided sufficient substituted security for Defendant LONG NGUYEN's bail, the government and defense stipulate that upon the filing of the documents approved by the government concerning 4095 Evalita Way, Sacramento and 6011 Jacinto Avenue, Sacramento, the Clerk's office shall forthwith return $14,820.00 of the $16,000.00 cash deposited by Thao Tran on May 22, 2009, and shall forthwith return the cash deposited by Phong M. Bui in the amount of $20,000.00, on May 21, 2009.

IT IS FURTHER ORDERED THAT:

The $9,000.00 deposited by Dung A. Nguyen on May 22, 2009, as well as $1,180.00 of the funds deposited by Thao Tran noted above, shall remain held as security with the court. Additionally, both the Deed of Trust and Appearance Bond from Cuong Anh Truong for $30,000.00 posted on May 21, 2009 shall be substituted by new Deed of Trust and Appearance Bond securing the same property and stating an equity of $37,300.00, and the property posted by Phong Hai Bui with an equity value of $27,520.00 shall be taken as additional security for Defendant Nguyen's appearances.

DATED:  February 28, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF
WING & PARISI
SACRAMENTO, CA.

/ / /

3

PDF created with pdfFactory trial version www.pdffactory.com