LAW OFFICES OF
**CHRISTOPHER H. WING**
2701 DEL PASO ROAD, SUITE 130 #45
SACRAMENTO, CA 95835
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            Plaintiff,<br><br>   v.<br><br>LONG NGUYEN<br><br>            Defendant, | No.   2:09-cr-222-TLN<br><br>ORDER RELEASING AND EXONERATING PROPERTY AND RECONVEYING THE PROPERTY TO ITS OWNER AND RETURN OF CASH BOND |

The return having been filed, document 309, establishing that Defendant, LONG NGUYEN has surrendered to the Bureau of Prisons as ordered by the Cout

IT IS ORDERED THAT:

The property securing the bond of the Defendant in this case, located at, 4085 Evalita Way, Sacramento California, 95823 is released, exonerated and the Deed of Trust securing said property shall be reconveyed to the owner, Cuong Anh Truong, whose address is 9083 Brown Road, Elk Grove California 95624-9449.  The cash deposit of $1,500.00 submitted by Thao Nguyen, whose address is 8132 Steinbeck Way, Sacramento, California 95828 is ordered returned to him.  The cash deposit of $9,000.00 submitted by Dung Anh Nguyen, whose address is ordered returned to him at his address of 8101 Haystack Drive, Sacramento 95828.

Dated: August 5th, 2014

_____
Troy L. Nunley
United States District Judge

1