LAW OFFICES OF
CHRISTOPHER H. WING
2701 DEL PASO ROAD, SUITE 130 #45
SACRAMENTO, CA 95835
State Bar #063214
ATTORNEYS FOR:  Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LONG NGUYEN<br>　　　　　　Defendant, | No.   2:09-cr-222-TLN<br><br>THIRD AMENDED ORDER RELEASING AND EXONERATING PROPERTY AND RECONVEYING THE PROPERTY TO THE OWNER AND RETURN OF CASH BONDS. |

The return having been filed, document 309, establishing that Defendant, LONG NGUYEN has surrendered to the Bureau of Prisons as ordered by the Court

IT IS ORDERED THAT:

The property securing the bond of the Defendant in this case, located at, 4095 Evalita Way, Sacramento California, 95823, APN 119-0480-016, and 4905 Evalita Way, Sacramento California, 95823, APN 117-0890-007, are released, exonerated and the Deeds of Trust securing said properties shall be reconveyed to the owner, Cuong Anh Truong, whose address is 9083 Brown Road, Elk Grove California 95624-9449.  The cash deposit of $1,180.00 submitted by Tran Thao Trang Le, whose address is 8132 Steinbeck Way, Sacramento, California 95828, is ordered returned to him.  The cash deposit of $9,000.00 submitted by Dung Anh Nguyen, is ordered returned to him at his address, 8101 Haystack Drive, Sacramento 95828.

Dated: September 23, 2014

_____
Troy L. Nunley
United States District Judge

///